CLERK'S OFFICE
A TRUE COPY
May 14, 2026
s/ KyleFrederickson
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILLIAM G. WATERSTRADT | ) | Case No.    26-mj-618 |
| (D.O.B. xx/xx/2004) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    July 28, 2025 and July 31, 2025    in the county of    Langlade and Sheboygan    in the

Eastern    District of    Wisconsin    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Production of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Jordan Sorano*
*Complainant's signature*

Det. Jordan Sorano, Langlade Co. Sheriff's Office
*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date:    5/14/2026

*Tiffany Woelfel*
*Judge's signature*

City and state:    Green Bay, Wisconsin

Honorable Tiffany E. Woelfel, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Langlade County Sheriff's Office Detective Sergeant Jordan Sorano, being first duly sworn, states that:

### Background

1. I am currently employed as a Detective Sergeant with the Langlade County Sheriff's Office. I have been employed as a law enforcement officer in the state of Wisconsin since 2014. As part of my current duties, I investigate violations of state and federal law, including violations of Title 18, United States Code, Section 2251(a) (production of child pornography / sexual exploitation of a child). I have received training and have experience investigating cases involving the sexual exploitation of children.

### Basis for Information in Affidavit

2. The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding **WILLIAM G. WATERSTRADT (DOB: XX/XX/2004).**

### Facts Establishing Probable Cause

3. In October 2025, Minor Victim 1 ("MV-1"), a 13-year-old female from Langlade County, Wisconsin, reported that between July and September 2025, on approximately four occasions, she had sexual intercourse with an individual who identified himself online as "Connor." MV-1 also stated that "Connor" sent her sexually explicit photographs of himself, and she sent sexually explicit photos in return. MV-1 stated that she met "Connor" on Snapchat[1] when

---

[1] "Snapchat" is an online social media and messaging application that allows users to send photographs, videos, and messages.

1

Case 1:26-cr-00618-TJW-BSE *SEALED* Filed 05/14/25 Page 2 of 7 Document 1

she was 12 years old, and "Connor" was aware of her age. "Connor" suggested via Snapchat that they meet in person.

4. Your Affiant submitted a warrant to Snapchat to identify "Connor." The email address associated with "Connor's" Snapchat account was "willwaterstradt331@gmail.com." On his Snapchat account, I located numerous photographs of an individual who I later identified as William WATERSTRADT. I also located several sexually explicit photographs of MV-1.

5. In WATERSTRADT's Snapchat Memories,[2] I located the following:

    a. One photograph with a timestamp of July 31, 2025, depicts MV-1 on a bed with her face in pillows and her buttocks exposed and facing the camera. MV-1 was wearing underwear. The bedroom and blankets depicted in this photograph are consistent with MV-1's bedroom in Langlade County, Wisconsin.

    b. **[COUNT 1]** Another photograph with a timestamp of July 31, 2025, depicts a MV-1 and WATERSTRADT lying on each other naked, and MV-1's buttocks are exposed. The background of the photograph is consistent with MV-1's bedroom in Langlade County, Wisconsin. MV-1 stated that WATERSTRADT recorded this with his phone.

6. According to Snapchat conversations, WATERSTRADT, disguising himself as "Connor," identified himself as a 17-year-old male to MV-1 on at least 8 occasions. The conversations with MV-1 were sexually explicit. The following is an excerpt of the conversation that WATERSTRADT and MV-1 had between October 17, 2025, and October 23, 2025:

| | |
|---|---|
| WATERSTRADT: | It's crazy. You're 13. Fucking thirteen. |
| MV-1: | Yeass |
| WATERSTRADT: | And we've fucked. And it was soooooo fucking hot |
| MV-1: | I like it tho. Yesss. |
| WATERSTRADT: | I love it. I love you. |
| MV-1: | Yepp. I love you more tho. |
| … | |

---

[2] "Snapchat Memories" is a feature within the Snapchat application that allows users to save photographs and videos ("Snaps") within the application for later viewing, storage, editing, or reposting. Unlike ordinary Snapchat messages that are designed to disappear after viewing, content saved to Memories remains accessible to the user until deleted and may be organized, searched, exported, or shared by the user at any time.

2

| | |
|---|---|
| WATERSTRADT: | I miss your pussy. |
| MV-1: | I miss your dick. |
| WATERSTRADT: | Do you really |
| MV-1: | I do. |
| WATERSTRADT: | I wish I could fuck you rn. I'M SO HORNY. |
| MV-1: | I wish, I want you inside of me. |
| WATERSTRADT: | I do too |
| MV-1: | It felt so good for the first time, I want it again |
| … | |
| WATERSTRADT: | Idk if it would fit in your ass |
| MV-1: | I hope |
| WATERSTRADT: | Me too. Are u gonna ride it |
| MV-1: | Mhmmm! |
| WATERSTRADT: | Good girl |

7. At the time of the above-referenced conversation, WATERSTRADT was 21 years old and MV-1 was 13 years old.

8. I learned that WATERSTRADT was a senior in college at Marquette University in Milwaukee, Wisconsin. A detective for the University of Marquette Police Department determined that IP addresses associated with the "Connor" Snapchat account matched IP addresses[3] on the Marquette University campus. I also observed that IP addresses associated with the "Connor" Snapchat account matched an IP address associated with WATERSTRADT's family home in Green Bay, Wisconsin.

9. On January 13, 2026, WATERSTRADT was interviewed at the University of Marquette Police Department, and his iPhone was seized. After first denying any association with the "Connor" Snapchat account, he finally admitted that he controlled the "Connor" account, and he used it to receive sexually explicit photographs from girls.

---

[3] An "IP address" (Internet Protocol address) is a numerical identifier assigned to a device connected to the internet or another computer network. IP addresses are used to route internet communications and may assist in identifying the general geographic location of a device or the internet service provider associated with the connection.

10. A deputy with the Langlade County Sheriff's Office spoke with a friend of MV-1 who discovered that MV-1 was receiving sexually explicit photographs from an older male. The friend stated that during recess, she was with MV-1 near the slides. The friend asked MV-1 if she could look at her Snapchat. MV-1 allowed her to look, and MV-1's friend saw a naked photograph of MV-1. MV-1 seemed embarrassed, then admitted to sneaking the male into her house and having sex with him. The friend believed this male was over the age of 18.

11. During a review of WATERSTRADT's Snapchat account, I observed that MV-1 was not the only victim. WATERSTRADT was communicating with numerous underage females, including the following:

    a. **[COUNT 2]** MV-2, a 15-year-old girl, lived in Sheboygan, Wisconsin. During a review of WATERSTRADT's Snapchat account, I located videos depicting WATERSTRADT and MV-2 having sexual intercourse. Two videos depicted penis-to-vagina intercourse, and in one of those videos, WATERSTRADT's face was visible. Another video depicts MV-2 performing oral sex on WATERSTRADT. Both MV-2 and WATERSTRADT's faces were visible in that video. MV-2 acknowledged that in June or July 2025, she had sexual intercourse with WATERSTRADT at her home in Sheboygan, Wisconsin. MV-2 stated that WATERSTRADT used her iPhone to record, then he asked her to send him the videos. The videos had a date stamp of July 28, 2025.

    b. MV-3, a 15-year-old girl, lived in Wrightstown, Wisconsin. I observed conversations between WATERSTRADT and MV-3. MV-3 later confirmed that WATERSTRADT sent her photographs of his erect penis in his underwear.

    c. MV-4, a 15-year-old girl, lived in Grafton, Wisconsin. I observed a conversation between WATERSTRADT and MV-4 and noticed that MV-4 provided him with her address. MV-4 admitted that WATERSTRADT came over to her house but nothing sexual happened because her parents were home.

    d. MV-5, a 15-year-old girl, lived in Green Bay, Wisconsin. I observed a conversation between WATERSTRADT and MV-5 and noticed that MV-5 told WATERSTRADT where to park and WATERSTRADT told her what kind of car he was driving. MV-5 denied having sexual contact with WATERSTRADT, but one of her friends confirmed that MV-5 had sexual contact with him. Detectives with the Green Bay Police Department conducted further interviews with MV-5, and she ultimately acknowledged that she had sexual contact with WATERSTRADT.

    e. MV-6, a 15-year-old girl, lived in Paris, Illinois. On WATERSTRADT's

4

Snapchat account, I observed photographs of MV-6 and noticed that MV-6 and WATERSTRADT exchanged sexually explicit photographs.

    f.    Numerous other underage females located on WATERSTRADT's Snapchat account were identified, but they denied that any sexual contact or sexual communications occurred.

12. I searched WATERSTRADT's phone and observed that he was an active X[4] user. Beginning in September 2025, WATERSTRADT began offering photographs to other X users. He offered to trade "Bops" and "Teens." In one message, WATERSTRADT sent another user a video of him having sexual intercourse with another female. WATERSTRADT stated he "fucked" this "chick." This video depicted MV-2. I noticed that other individuals paid WATERSTRADT in return for him sending videos.

13. I also located WATERSTRADT's Reddit[5] account. There were numerous conversations WATERSTRADT had with other Reddit users where they were using code words, discussing "mega files," and discussing payment in exchange for photographs and videos being sent. Based on my training and experience, I believe WATERSTRADT was paying for and/or selling and sending child sexual abuse material ("CSAM"). In one conversation, another Reddit user told WATERSTRADT that the female in the videos was 14 years old. The Reddit user asked WATERSTRADT if he wanted the videos, and WATERSTRADT stated that he wanted to first verify that the videos were authentic. I observed screenshots of several videos sent by the other Reddit user to WATERSTRADT. The screenshots depicted CSAM. The other Reddit user then directed WATERSTRADT to Telegram.[6]

---

[4] "X," formerly known as Twitter, is a social media platform that allows users to create accounts and post short messages, photographs, videos, and other content that may be publicly viewable or shared with selected users.
[5] "Reddit" is an online discussion platform organized into topic-specific communities known as "subreddits," where users may post messages, photographs, videos, and hyperlinks, and interact with other users.
[6] "Telegram" is a cloud-based messaging application that allows users to communicate through private messages, group chats, voice communications, and channels, and to share photographs, videos, documents, and other digital content. Telegram offers optional end-to-end encrypted communications. Based on my training and experience, criminal actors sometimes use Telegram because it permits large group communications, pseudonymous accounts, and encrypted communication features.

Case 1:26-cr-1801-EJW-BSEALEDFiled 05/14/25/14/26 Page 6 of 7 of Document 1

14. I am aware, based on my training and experience, that iPhones are manufactured outside the state of Wisconsin. I am further aware that Snapchat is an internet-based platform operating in interstate and foreign commerce.

## CONCLUSION

15. Based upon the foregoing information, I know there is probable cause to believe the following regarding **WILLIAM G. WATERSTRADT:**

    a. On or about July 28, 2025, in the Eastern District of Wisconsin and elsewhere, WILLIAM G. WATERSTRADT knowingly employed, used, or persuaded a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

    b. On or about July 31, 2025, in the Eastern District of Wisconsin and elsewhere, WILLIAM G. WATERSTRADT knowingly employed, used, or persuaded a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct.

16. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for **WILLIAM G. WATERSTRADT**, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

6